Howard M. Wexler
Kristin L. Witherell
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, New York 10018
(212) 218-5500

*Attorneys for Defendant Lowe's Home Centers, LLC, incorrectly named as "Lowe's"*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE LUIS NARVAEZ,<br><br>        Plaintiff,<br><br>    v.<br><br><br>LOWE'S; JANE/JOHN DOES 1-10, fictitious persons; ABC CORP. 1-10, fictitious entities,<br><br>        Defendants. | Civil Action No.: 2:25-cv-07855-CCC-LDW<br><br>**NOTICE OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>**Motion Return Date: September 8, 2026** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Lowe's Home Centers, LLC, incorrectly named as "Lowe's" in the Complaint ("Lowe's" or "Defendant"), Motion to Dismiss Plaintiff's Amended Complaint, the Proposed Order, Declaration of Howard M. Wexler, Esq., and exhibits thereto, and upon all the pleadings and proceedings herein, Lowe's will move, on September 8, 2026, or as soon thereafter as may be heard, before the Honorable Claire C. Cecchi, U.S.D.J. of the United States District

326510154v.1

Court, District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street Room 4015, Newark, New Jersey 07101 for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure: (i) granting Defendant's Motion to Dismiss Plaintiff's Amended Complaint, in its entirety, with prejudice, and (ii) for such other relief as the Court may deem just and proper.

Dated: June 18, 2026                          Respectfully submitted,

                                              LOWE'S HOME CENTERS, LLC


                                              By: */s/ Howard M. Wexler*
                                                  Howard M. Wexler
                                                  Kristin L. Witherell
                                                  620 Eighth Avenue
                                                  New York, New York 10018
                                                  Tel: (212) 218-5500
                                                  Fax: (212) 218-5526
                                                  hwexler@seyfarth.com
                                                  kwitherell@seyfarth.com

                                                  *Attorneys for Defendant Lowe's*
                                                  *Home Centers, LLC, incorrectly*
                                                  *named as "Lowe's"*

2

326510154v.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2026, I electronically filed the foregoing

NOTICE OF MOTION OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED

COMPLAINT; MEMORANDUM OF LAW IN SUPPORT; DECLARATION OF HOWARD M.

WEXLER AND EXHIBITS THERETO; AND PROPOSED ORDER, via the Court's CM/ECF

System, which sent notification of such filing to all counsel of record.


/s/ Howard M. Wexler
Howard M. Wexler

Dated: June 18, 2026

326510154v.1