

Mark Natale, Esq.
mnatale@malamutlaw.com
Phone 856-424-1808
Fax 856-424-2032
*Member of NJ & PA Bars*

July 2, 2026

**Filed via E-Courts**
The Honorable Leda D. Wettre
District Court of New Jersey (Newark)
50 Walnut Street
Newark, NJ  07102

Re:    **Narvaez v. Lowe's et al**
       ***Case No. 2:25-cv-07855-CCC-LDW***

Dear Judge Wettre:

I am writing with the consent of counsel for Defendant with regard to the joint discovery plan due today and the pre-trial conference scheduled for next week. I have been out of the office and unable to confer with Defense Counsel. Additionally, I won't be returning until July 13, 2026.

Therefore, I respectfully request the conference be rescheduled and we be issued a new deadline for the report.

Thank you for your kind consideration of this matter

Respectfully Submitted,

*Mark R. Natale /s/*

Mark Natale, Esq.

MRN\kb

Cherry Hill | Hoboken | Philadelphia

Main Office: 457 Haddonfield Road, Suite 500, Cherry Hill, NJ 08002
☎ 866-4MALAMUT | 📠 856 424 2032
www.MalamutLaw.com